William F. Lynn, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred.

Sarah L. Lincoln, as Administratrix, etc., of Charles Albert Lincoln, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company and J. & A. McKechnie Brewing Company, Respondents.— Judgment and order affirmed, with costs. All concurred.

Edwin O. Lowery and Frederick B. Lord, Respondents, v. William H. Brace and W. H. Brace Company, Appellants, Impleaded with John L. Hurlbert.— Order reversed, without costs of this appeal to either party, and matter remitted to the Special Term for a rehearing of the motion upon five days' notice upon the papers already presented and upon such further affidavits or evidence as either party may desire to present. Held, that the court should have determined the amount of the attorneys' lien, if any, and have permitted the payment of such lien as a condition of allowing the satisfactions to stand. All concurred.

Mildred E. Terry, Respondent, v. The Village of Perry, Appellant.— Judgment and order affirmed, with costs. All concurred except Williams, J., who dissented upon the ground that the alleged defect was too slight to charge the defendant with negligence.

Henrietta Rhode, Appellant, v. James D. Swain and Others, Respondents Impleaded with Henry A. Pierce and Others.— Judgment affirmed, with costs. All concurred.

William J. Kelly, Respondent, v. Theodore E. Webb, Appellant.— Judgment affirmed, with costs. All concurred.

Rochester Yacht Club, Respondent, v. William W. Miller, Appellant.— Order affirmed, with costs. All concurred.

Mary Welch, as Administratrix, etc., Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.